PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON, Esq. (SBN 318680)
REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:     510/832-5001
Facsimile:     510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
INDIA HARVILLE

David V. Roth (State Bar No. 194648)
*dvr@manningllp.com*
Evgenia Jansen (State Bar No. 291570)
*exj@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
One California Street, Suite 900
San Francisco, California 94111
Telephone: (415) 217-6990
Facsimile: (415) 217-6999

Attorneys for Defendant,
MADISON MARQUETTE REAL ESTATE
SERVICES, INC. and STT INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIA HARVILLE<br><br>    Plaintiff,<br><br>v.<br><br>MADISON MARQUETTE REAL ESTATE SERVICES, INC. dba BAYFAIR CENTER; and STT INC.,<br><br>    Defendants. | Case No. 4:20-cv-02859-DMR<br>Civil Rights<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

## **STIPULATION**

Plaintiff INDIA HARVILLE and Defendants MADISON MARQUETTE REAL ESTATE SERVICES, INC. dba BAYFAIR CENTER; and STT INC. by and through their respective attorneys, hereby stipulate and request pursuant to FRCP Rule 41(a) that the Court order that all of Plaintiff's claims in this action against Defendants be dismissed with prejudice.

**IT IS SO STIPULATED.**

Dated:  October 1, 2020                REIN & CLEFTON


    */s/ Aaron M. Clefton*
By:  AARON M. CLEFTON, ESQ.
Attorneys for Plaintiff
INDIA HARVILLE


Dated:  October 1, 2020                **MANNING & KASS**
                                                           **ELLROD, RAMIREZ, TRESTER LLP**


    */s/ David Roth*
By:  DAVID ROTH, ESQ.
Attorneys for Defendants
MADISON MARQUETTE REAL ESTATE
SERVICE, INC. and STT, INC


## **FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on October 1, 2020, I, Aaron Clefton, attorney with Rein & Clefton, received the concurrence of David Roth in the filing of this document.

    */s/ Aaron Clefton*
    Aaron Clefton

**ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: _____, 2020

_____
Honorable Donna M. Ryu
U.S. Magistrate Judge